LAWRENCE J. CALLAHAN, Respondent, v. HANZ KOHN and Another, Appellants. — Judgment and order reversed on the facts and a new trial granted, with costs to the appellants to abide the event, unless the plaintiff shall, within ten days, stipulate to reduce the verdict to the sum of $100 as of the date of the rendition thereof, in which event the judgment is modified accordingly, and as so modified, is, together with the order, affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ELIZABETH LULL FROST, Appellant.— Judgment of conviction affirmed. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

ANNA MINSKER, Appellant, v. JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, Respondent.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

WILLIAM H. KAY, Respondent, v. ROBERT FRASER, INCORPORATED, Appellant. — Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

DAYTON A. EVANS, Respondent, v. SLOANS SPORTING GOODS COMPANY, INCORPORATED, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs to abide event, on the authority of Achilles v. Union Produce Export Co., Inc. (224 App. Div. 620). All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

HOMAC CORPORATION and Others, Respondents, v. SUN OIL COMPANY, Appellant.— Order modified by striking out paragraph 8 thereof and by omitting James Kanaley from the names of employees required to appear on the examination, and as so modified affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RAYMOND CELADA, Appellant.— Order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

RALPH H. COVELL, an Infant, etc., Respondent, v. VINE-MARTYR, INCORPORATED, Appellant, and JOHN MUSCARELLA, Defendant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. ERNEST PAVESI, Respondent.— Judgment allowing demurrer reversed and demurrer disallowed, upon the authority of People v. Farson (244 N. Y. 413). All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

MARY LOWE, an Infant, by HAROLD LOWE, as Guardian ad Litem, Respondent, v. BURTON A. HARNESS, JR., and ROCHESTER TELEPHONE CORPORATION, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Thompson, JJ.